**ABCON ASSOCIATES, INC., Plaintiff–Cross Appellant,**

v.

**UNITED STATES, Defendant–Appellant.**

**Nos. 01–5149, 02–5005.**

United States Court of Appeals, Federal Circuit.

Dec. 4, 2002.

Before RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.